Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
sarah.sullivan@saul.com

*Attorneys for Plaintiff*
*Yuntek International, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC., Plaintiff, v. PET LIFE LLC, Defendant. | Civil Action No. 20-12512 (CCC)(MF)<br>JURY TRIAL DEMANDED<br>(Filed Electronically) |

**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

1. Plaintiff Yuntek International, Inc. ("Yuntek" or "Plaintiff"), by and through its counsel, hereby brings this action for patent infringement against Pet Life LLC ("Pet Life" or "Defendant"). This action is based on Pet Life's ongoing infringement of U.S. Patent No. 6,715,446 B2 (the "'446 Patent"), entitled "Pet Tent," which Yuntek owns and which was validly issued by the United States Patent and Trademark Office ("USPTO") on April 6, 2004.

**NATURE OF THE ACTION**

2. This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. §§ 1 *et seq.*, including 35 U.S.C. § 271.

## PARTIES

3.      Yuntek is a corporation organized and existing under the laws of the State of California, with its principal place of business at 2416 Tripaldi Way, Hayward, California.

4.      On information and belief, Pet Life is a limited liability company organized and existing under the laws of New Jersey, with its principal place of business at 180 Northfield Avenue, Edison, New Jersey.

## JURISDICTION AND VENUE

5.      This lawsuit is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*  The Court has subject matter jurisdiction pursuant to at least 28 U.S.C. §§ 1331, 1332, 1338(a), and/or 1367.

6.      The Court has personal jurisdiction over Pet Life because, on information and belief: (1) Pet Life has its physical headquarters and a sizeable warehouse facility in New Jersey; (2) Pet Life regularly conducts business in New Jersey; (3) Pet Life has committed acts of patent infringement in New Jersey, including, on information and belief, acts of importing, offering for sale, and selling articles that infringe the '446 Patent; and (4) Pet Life has purposefully availed itself of the privileges of conducting business in New Jersey.

7.      Venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1400(b) because Pet Life has its principal place of business in this district, regularly transacts business in this district, and has directly and/or indirectly committed acts of patent infringement in this district by importing, offering for sale, and selling articles that infringe the '446 Patent in New Jersey.

## GENERAL ALLEGATIONS

8.      Yuntek designs and develops pet homes and carriers, including its Pet Tent product. Yuntek has several patents on these products, including, but not limited to, the '446 Patent.

9. The ’446 Patent was duly issued by the USPTO on April 6, 2004. Yuntek is, and at all relevant times has been, the sole owner by assignment of all right, title, and interest in and to the ’446 Patent. A copy of the ’446 Patent is attached as Exhibit A.

10. The ’446 Patent discloses and claims a novel pet carrier that is collapsible, foldable into a compact shape, and lightweight, yet forms a sturdy structure when assembled and is also comfortable for a pet.

11. Yuntek sells a Pet Tent product that embodies the inventions of the ’446 Patent and which Yuntek has sold for many years. Yuntek also licenses the ’446 Patent to another maker of products that embody the inventions of the ’446 Patent.

12. Pet Life has sold and, on information and belief, continues to sell one or more products that infringe the ’446 Patent, including, but not limited to, on www.amazon.com and/or on Pet Life’s own website, shop.petlife.com (the “Pet Life Website”). Examples of infringing products are (1) Pet Life’s “‘Phenom-Air’ Airline Approved Collapsible Fashion Designer Pet Dog Carrier,” identified as Model #B38 (Fig. 1), (2) Pet Life’s “‘Capacious’ Dual-Sided Expandable Spacious Wire Folding Collapsible Lightweight Pet Dog Crate Carrier House,” identified as Model #H5 (Fig. 2), (3) Pet Life’s “‘Roomeo’ Airline Approved Dual Expandable and Folding Collapsible Fashion Travel Pet Dog Carrier,” identified as Model #B99 (Fig. 3), and (4) Pet Life’s “‘Easy Folding’ Zippered Folding Collapsible Wire Framed Lightweight Pet Dog Crate Carrier,” identified as Model #H1 (Fig. 4). All of these products are offered for sale in multiple colors and/or sizes. The products are pictured below, as shown on the Pet Life Website (last visited January 20, 2021):

Pet Life ® 'Phenom-Air' Airline Approved Collapsible Fashion Designer Pet Dog Carrier
☆☆☆☆☆Write a review

Fig. 1

Pet Life ® 'Capacious' Dual-Sided Expandable Spacious Wire Folding Collapsible Lightweight Pet Dog Crate Carrier House
★★★★★1 Review

Pet Life ® 'Roomeo' Airline Approved Dual Expandable and Folding Collapsible Fashion Travel Pet Dog Carrier Crate
★★★★★1 Review

Figs. 2 + 3

Pet Life ® 'Easy Folding' Zippered Folding Collapsible Wire Framed Lightweight Pet Dog Crate Carrier

★★★★★1 Review

Fig. 4

Yuntek expects to identify additional infringing Pet Life products through discovery in this action. Such products are referred to collectively herein as the "Accused Products."

13. Yuntek has given Pet Life written notice of the '446 Patent and Pet Life's infringement thereof on multiple occasions since March 2018. Pet Life responded by assuring Yuntek that Pet Life would "take care of it asap" and "if you want they will just remove them off sites." However, Pet Life did not stop offering the Accused Products for sale.

**COUNT I**
**(Infringement of U.S. Patent No. 6,715,446)**

14. Yuntek incorporates by reference the allegations of paragraphs 1-13 above, inclusive, as if fully set forth here.

15. Yuntek owns the '446 Patent, which duly issued on April 6, 2004 and is presumed by law to be valid and enforceable. Yuntek has owned the '446 Patent continuously since its issuance.

16. Pet Life has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims of the '446 Patent, including, but not limited to, claim 6, by importing the Accused Products into the United States, using and selling them in the United States, and offering them for sale in the United States, without a license or other permission from Yuntek.

17. Pet Life has indirectly infringed and continues to indirectly infringe one or more claims of the '446 Patent, including, but not limited to, claim 6, by inducing the infringement by others in the United States, including, but not limited to, Pet Life's customers who purchase and/or use the Accused Products in the United States, without a license or other permission from Yuntek.

18. Pet Life's acts of inducement include advertising the Accused Products on the Pet Life Website and other websites and at trade shows, delivering the Accused Products to customers in the United States, and providing such customers with instructions for use.

19. Since at least March 2018, Pet Life has engaged in acts of inducement knowing of the '446 Patent and knowing that the induced acts constitute infringement of the '446 Patent.

20. Since at least March 2018, Pet Life's infringement of the '446 Patent has been willful in view of Pet Life's actual knowledge of the '446 Patent and Yuntek's accusations of infringement, thereby entitling Pet Life to enhanced damages pursuant to 35 U.S.C. § 284.

21. Yuntek has been damaged by Pet Life's infringement in an amount to be determined through discovery.  On information and belief, Yuntek has suffered lost revenue and is entitled, at a minimum, to a reasonable royalty on Pet Life's infringing sales and other acts, together with

prejudgment and post-judgment interest. The harm suffered by Yuntek is irreparable, and Yuntek has no adequate remedy at law, warranting injunctive relief.

22.     This is an exceptional case such that Yuntek is entitled to recover its reasonable attorney fees pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Yuntek respectfully prays for the following relief:

1.     Entry of judgment in favor of Yuntek and against Pet Life for direct and indirect infringement of one or more claims of the '446 Patent;

2.     Compensatory damages in an amount to be proven at trial for Pet Life's past infringement and any future infringement up to the date that Pet Life is finally and permanently enjoined from further infringement;

3.     Enhanced damages pursuant to 35 U.S.C. § 284;

4.     Prejudgment and post-judgment interest at the maximum rate permitted by law;

5.     Attorneys' fees pursuant to 35 U.S.C. § 285;

6.     Yuntek's costs of suit;

7.     An order enjoining Pet Life, its direct or indirect parents, subsidiaries, affiliates, divisions, successors, and assigns, their respective directors, officers, employees, and agents, and those acting in privity or concert with any of them, from further acts of direct or indirect infringement of the '446 Patent; and

8.     Such other relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff respectfully demands a jury trial on all claims and issues so triable.

Dated: January 26, 2021

s/ Sarah A. Sullivan

Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
sarah.sullivan@saul.com

*Attorneys for Plaintiff*
*Yuntek International, Inc.*

OF COUNSEL:

Matthew H. Poppe
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
matthew.poppe@rimonlaw.com

# EXHIBIT A

US006715446B2

(12) **United States Patent**
**Chou**

(10) **Patent No.: US 6,715,446 B2**
(45) **Date of Patent: Apr. 6, 2004**

(54) **PET TENT**

(75) Inventor: **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee: **Yuntek International, Inc.**, Hayward, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/290,553**

(22) Filed: **Nov. 8, 2002**

(65) **Prior Publication Data**

US 2003/0089316 A1 May 15, 2003

(30) **Foreign Application Priority Data**

Nov. 9, 2001 (CN) .................................... 01 2 57894 U

(51) **Int. Cl.**[7] ........................ **A01K 29/00**; A01K 13/00; A45C 7/00; E04H 15/40

(52) **U.S. Cl.** ....................... **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Search** ................................ 119/497, 482, 119/496, 474, 498, 500, 786, 453; D30/108, 109; 190/102, 107, 108, 114, 124; 206/278; 135/95, 124, 126, 128

(56) **References Cited**

U.S. PATENT DOCUMENTS

611,753 A * 10/1898 Hoskins ......................... 43/55
1,443,901 A * 1/1923 Murray .......................... 220/6
2,121,658 A * 6/1938 Gehret ....................... 119/474
2,170,379 A 8/1939 Ortt
2,254,578 A * 9/1941 O'Brien ...................... 190/107
2,516,869 A * 8/1950 Harris ........................ 135/126
2,538,778 A 1/1951 Halpin
2,987,043 A * 6/1961 Spindler ..................... 119/786
3,048,147 A * 8/1962 McKean ........................ 220/6
3,611,994 A * 10/1971 Bailey et al. ............... 119/496
3,675,667 A * 7/1972 Miller ........................ 135/126
4,397,398 A * 8/1983 Watanabe ...................... 220/7
4,665,935 A * 5/1987 Nichols ...................... 135/125
4,895,230 A * 1/1990 King .......................... 190/107
4,909,188 A * 3/1990 Tominaga ..................... 119/474
4,977,857 A * 12/1990 Slawinski ................... 119/497
5,016,570 A * 5/1991 Henson ...................... 119/497
5,072,694 A * 12/1991 Haynes et al. .............. 119/482
5,078,096 A * 1/1992 Bishop et al. .............. 119/497
5,881,678 A * 3/1999 Morley ....................... 119/496

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

GB 2029204 A 3/1980
WO WO 94/18822 * 9/1994

OTHER PUBLICATIONS

Doskocil Manufacturing Company Website Home Page, available at www.petmate.com (accessed Jan. 24, 2003).
Doskocil Manufacturing Company Website for Portable Pet Homes, available at www.petmate.com/Catalog.plx?ID=1559 (accessed Jan. 24, 2003).

*Primary Examiner*—Yvonne Abbott
(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57) **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.

**30 Claims, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,931,120 | A | * | 8/1999 | Burns et al. | 119/497 |
| 6,021,740 | A | | 2/2000 | Martz | |
| 6,076,485 | A | * | 6/2000 | Peeples et al. | 119/497 |
| 6,082,305 | A | * | 7/2000 | Burns et al. | 119/497 |
| 6,109,281 | A | * | 8/2000 | Lowenthal | 135/125 |
| 6,131,534 | A | * | 10/2000 | Axelrod | 119/499 |
| 6,155,206 | A | | 12/2000 | Godshaw | |
| 6,209,557 | B1 | * | 4/2001 | Zheng | 135/126 |
| 6,257,263 | B1 | * | 7/2001 | Brereton | 135/126 |
| 6,286,461 | B1 | | 9/2001 | Martz | |
| 6,286,462 | B1 | * | 9/2001 | Burns | 119/497 |
| 6,289,910 | B1 | * | 9/2001 | Zheng | 135/125 |
| 6,334,519 | B1 | * | 1/2002 | Tong | 190/107 |
| 6,363,955 | B1 | * | 4/2002 | Louie | 135/126 |
| 6,443,274 | B1 | * | 9/2002 | Klamm | 190/18 A |
| 6,446,577 | B1 | * | 9/2002 | Salahor | 119/497 |

* cited by examiner



FIG. - 1



FIG. - 2



FIG. - 3



FIG. - 4

# PET TENT

## FIELD OF THE INVENTION

This patent pertains to the construction of a pet tent where pets can rest. The pet tent has an "upside down U" shape (dome shaped) frame at the front and back panels of the tent; the top of the front and back panels are connected to the main body with zippers; the bottom of the front and back panels are sewn together with the main body; there are mesh windows on the two side panels; there is an opening on the front panel; the opening on the front panel is covered by a mesh shade which can be rolled up and held in place by suitable material such as Velcro® at the top of the front panel; the sides and bottom of the mesh shade are attached to the front panel with zippers; there is no mesh window on the back panel. When the mesh shade on the front panel is unzipped and rolled up, the pet is allowed entrance into the tent for rest; when not in use, the front and back panels of the tent could be unzipped and folded down for storage. The construction is simple and easy to use.

## BACKGROUND OF THE INVENTION

As people's living standards increase, raising pets has become a popular hobby for many. Pets bring comfort and joy to their owners. Pets, like people, need rest. Pet-owners are keenly aware of this. Pets need a proper place to rest. Traditional hard surfaced cages and containers do not provide a suitable restful environment for the pet.

## SUMMARY OF THE INVENTION

The purpose of this pet tent is to accommodate the needs of both pets and people. When in use, it can be opened up for pets to rest; when not in use, it can be folded down and stored away in a self-contained storage bag.

The design and structure is as follows: this pet tent has a main body, front and back panel; the frame of the front and back panel are in the "upside down U" (dome) shape; the top and sides of the front and back panels are connected to the main body with zippers; the bottom of the front and back panels are sewn to the main body; mesh windows are on the sides of the main body; shades are on the outside of the windows; Velcro® is sewn on the inside of the shades; top of the shades are sewn to the main body of the tent; bottom of the shades are attached to the main body with Velcro®; Velcro® is sewn above the top of the shades; the bottom of the two sides of the main body are harnessed with webbing loops and hardware; webbing handle are sewn on the lid (U-shaped dome); there is an opening on the front panel; a shade covers up the opening; the shade is in mesh material; Velcro® is sewn on the inside of the shade; the top of the shade is sewn to the front panel; the bottom and two sides of the shade is attached to the front panel with zippers; Velcro® is sewn above the top of shade; there is a mesh window on the back panel; shade covers the mesh window; Velcro is sewn on the inside of the shade; the top of the shade is sewn to the back panel; the bottom of the shade is attached to the back panel with Velcro®; Velcro® is sewn above the shade.

When the shade on the front opening is unzipped and rolled up, pets are allowed entrance for rest. When not in use, the front and back panel can be unzipped and folded down for storage. The design is simple and usage is easy.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of the housing.

FIG. **2** is a rear view of the housing.

FIG. **3** is a perspective view, as shown in FIG. **1** wherein the front and side shades are rolled to allow access to the housing and ventilation.

FIG. **4** illustrates the housing being collapsed for storage.

## DETAILED DESCRIPTION OF THE INVENTION

The following description is presented to enable any person skilled in the art to make and use the invention. Various modifications to the embodiments described will be readily apparent to those skilled in the art, and the generic principles defined herein can be applied to other embodiments and applications without departing from the spirit and scope of the present invention as defined by the appended claims. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein. To the extent necessary to achieve a complete understanding of the invention disclosed, the specification and drawings of all patents and patent applications cited in this application are incorporated herein by reference.

FIG. **1** illustrates a kind of pet tent **100**, including main body **1**, front panel **2** and back panel **3**. The top and the two sides of front panel **2** and back panel **3** are connected by, for example, one or more zippers **102**, **104** to the main body **1**. The zippers can function to provide structure to the soft sides of the tent **100**. The bottom edges of the front panel **2** and back panel **3** are sewn to the main body **1**. There is an opening **21** in the front panel **2** allowing ingress and egress to the interior of the pet tent **100**. The opening **21** is covered by a shade **22** while the top of the shade **22** is attached to the front panel **2** along an edge of the shade by a suitable method, such as sewing. The bottom and two sides of the front panel **2** can be connected to the main body **1** with, for example, one or more zippers **102**. The shade **22** can also be connected to the front panel when it is in a down position, i.e., covering the opening **21** of the front panel **2**. When the shade **22** is open it can either be pulled away from the front panel **2** and, for example, propped up (like an awning), or rolled up and secured to prevent the shade from obscuring the opening **21**.

FIG. **2** is a rear view of the pet tent **100**. The back panel **3** is in the shape of "upside down U" (dome shape). The mesh window **31** is installed on the back panel **3**. Shade **32** covers the mesh window **31**. An attaching mechanism, such as Velcro®, **321** is provided on the back panel **3**. The Velcro® is sewn on the inside of the shade **32** and on the back panel **3** above the top of the shade **32** as well as on the back panel **3** at or near where the bottom of the shade would abut. In operation, the shade **32** can be kept in a closed position by, for example, adhering the Velcro® on the shade **32** to the Velcro® located on the back panel **3** at or near the lower edge of the shade **32**. Alternatively, the shade **32** can be kept in an open position by, for example, rolling the shade **32** and adhering the Velcro® on the shade to the Velcro® located on the back panel **3** at or near the upper edge of the shade **32**. When the shade **32** is open the mesh window **31** is visible and air is allowed to pass through the window into the interior of the pet tent **100**. Ideally when the shade is down, air is not excluded from the interior of the tent **100** but its access to the interior is slightly impeded. This acts to prevent cold wind and rain from accessing the interior of the tent **100**.

FIG. **3** is a perspective view as shown in FIG. **1** wherein the front **22** and side **12** shade panels are rolled to allow

access to the interior of the housing and ventilation. Further to the description in FIG. **1**, FIG. **3** illustrates mesh windows **11** on the sides of the main body **1**. Shade panels **12** cover up the mesh windows **11** when extended or enable air to freely pass through the windows when pulled away from the windows or secured above or below the windows. Velcro® **121** is provided as a mechanism to secure the shade panels **12** in either an open position or a closed position, i.e., a position that enables air to freely pass through the mesh windows unimpeded or a position that covers the window and therefore acts to somewhat restrict the air flow.

The top of the shades **12** are sewn to the main body **1** of the tent **100** while the bottom of the shades are attached to the main body **1** with Velcro® **121** when the shade panel is in the closed position. As will be appreciated by those of skill in the art, the shade panels can be configured such that the panels are sewn to the main body **1** along the lower or side edges and secured by the opposing upper edge without departing from the scope of the invention.

Similar to the description above for the rear panel, Velcro® **13** is sewn above top edge of the shade **12** on the main body and along an area where the bottom edge of the shade panel would abut. The shade panel can then be secured in an open position (i.e., enable the air to pass through the mesh window unimpeded) or a closed position.

Loops **14** are provided along the bottom surface of the pet tent **100** to accommodate hardware, such as stakes. When in use, the pet tent **100** can be secured or anchored to the ground by placing suitable stakes, such as those already known in the art, through the loops and into the ground. A handle **15** is sewn on the top of the tent **100** to enable the pet tent to be picked up and moved easily.

In use, the tent is removed from its stored condition and placed in the desired location. The tent body **1** may first be stabilized by putting stakes through the webbing loops **14**. This step may, however, be performed later. The front panel **2** and back panel **3** are pulled upward from the bottom panel of the tent so that the front panel **2** and the back panel **3** are positioned perpendicular to the bottom panel to form the frame of the tent **100**. In pulling the front panel **2** and rear panel **3** upward, the main body **1** of the tent takes on its domed shaped configuration and the tent is ready to occupy.

The shade **22** on the front panel **2** can be unzipped and rolled-up. Once rolled up the shade **22** can be held in place to allow ingress and egress to the interior of the tent through the opening **21**. Suitable mechanisms for holding up the shade are, for example, ties or the use of Velcro® above the shade **23**.

Additionally, pads (not shown) can be placed in the interior of the tent **100** to provide a soft comfortable surface on which the pet can rest. If the owner does not want the pet to exit the tent, he or she can zip up the shade **22** and block the opening **21**. Adequate ventilation for the pet can nonetheless be maintained whether the shade **22** is opened or closed by the use of the side windows and back window. Thus, for ventilation, the side windows **12**, the main body **1** and the shade **32** on back panel **3** can likewise be rolled up and be held in place with a suitable mechanism such as Velcro® above the window **13**, **33**. The mesh windows **12**, **32** will allow ventilation. If the weather gets cold, the shades **12**, **32**, can be let down and optionally attached with the Velcro® to the panel **1**, **3** at the bottom **11**, **31** so that the pets will be kept from cold air.

As shown in FIG. **4**, when not in use, the zippers **102**, **104** which connect the front panel **2** and back panel **3** to the main body **1** are each unzipped. The front panel **2** and back panel **3** can then collapse into a folded down position toward the main body for storage. The configuration of the folded tent is such that the folded tent functions as its own built-in storage bag making storage of the pet tent convenient.

The foregoing description of embodiments of the present invention have been provided for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Many modifications and variations will be apparent to the practitioner skilled in the art. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, thereby enabling others skilled in the art to understand the invention and the various embodiments and with various modifications that are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the following claims and its equivalence.

What is claimed:

**1**. A collapsible housing for accommodating a pet comprising:

a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;

a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engagable with the first, second, and top sides; and

wherein said housing is foldable such that:

the first, second, and top sides are disengaged from said front and back panels;

the main body is collapsable so that the first, second, and top sides are collapsed on top of said bottom side; and

the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other.

**2**. The collapsible housing for accommodating a pet of claim **1**, wherein the front panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**3**. The collapsible housing for accommodating a pet of claim **1**, wherein the back panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**4**. The collapsible housing for accommodating a pet of claim **1**, wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet.

**5**. The collapsible housing for accommodating a pet of claim **4**, wherein the front opening is mesh.

**6**. The collapsible housing for accommodating a pet of claim **5**, wherein a shade is attached to the front panel above the front opening.

**7**. The collapsible housing for accommodating a pet of claim **6**, wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers.

**8**. The collapsible housing for accommodating a pet of claim **1**, at least one of the first side and the second side has a side mesh window.

**9**. The collapsible housing for accommodating a pet of claim **8** wherein the side mesh window has a side shade.

**10**. The collapsible housing for accommodating a pet of claim **9** wherein the side shade is securable above the side mesh window.

**11**. The collapsible housing for accommodating a pet of claim **1**, wherein the top side of the main body has a handle attached thereto.

**12**. The collapsible housing for accommodating a pet of claim **1**, wherein the back panel has a back mesh window.

**13**. The collapsible housing for accommodating a pet of claim **12**, wherein the back mesh window has a back shade.

**14**. The collapsible housing for accommodating a pet of claim **1**, further comprising a plurality of loops for accommodating a plurality of stakes.

**15**. The collapsible housing for accommodating a pet of claim **1**, further comprising a pad placed in the interior on the bottom side.

**16**. A collapsible housing for a pet comprising:

a main body having a bottom side, first side, a second side, and a curved top side, said main body forming a continuous structure;

a front panel, and a back panel said front panel and said back panel joined to the main body on the bottom side and selectively engagable with the first, second, and top sides; and

wherein said housing is foldable such that:

the first, second, and top sides are disengaged from said from said front and back panels;

the main body collapsable so that the first, second, and top sides are collapsed on top of said bottom side;

the front panel and the back panel folded over the collapsed main body with one of the front panel and the back panel folded over the other; and

wherein the bottom surface is then folded in half.

**17**. The collapsible housing for a pet of claim **16**, further comprising a plurality of loops for accommodating a plurality of stakes.

**18**. The collapsible housing for a pet of claim **16**, wherein the front panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**19**. The collapsible housing for a pet of claim **16**, wherein the back panel is selectively engagable with the first, second, and top sides of the main body by a zipper.

**20**. The collapsible housing for a pet of claim **16**, wherein the front panel further has a front opening that allows access to the housing.

**21**. The collapsible housing for a pet of claim **20**, wherein the front opening is mesh.

**22**. The collapsible housing of claim **21**, wherein a shade is attached to the front panel above the front opening.

**23**. The collapsible housing of claim **22**, wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers.

**24**. The collapsible housing for a pet of claim **16**, wherein at least one of the first side and the second side has a side mesh window.

**25**. The collapsible housing for a pet of claim **24**, wherein the side mesh window has a side shade.

**26**. The collapsible housing for a pet of claim **25**, wherein the side shade is securable above the side mesh window.

**27**. The collapsible housing of claim **16**, wherein the top side of the main body has a handle attached thereto.

**28**. The collapsible housing for a pet of claim **16**, wherein the back panel has a back mesh window.

**29**. The collapsible housing for a pet of claim **28**, wherein the back mesh window has a back shade.

**30**. The collapsible housing for accommodating a pet of claim **16**, further comprising a pad placed in the interior on the bottom side.

* * * * *

US006715446C1

(12) EX PARTE REEXAMINATION CERTIFICATE (7913th)

# United States Patent

Chou

(10) Number: US 6,715,446 C1

(45) Certificate Issued: Dec. 7, 2010

(54) **PET TENT**

(75) Inventor: **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee: **Yuntek International, Inc.**, Hayward, CA (US)

**Reexamination Request:**
No. 90/010,942, Apr. 5, 2010

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,715,446** |
| Issued: | **Apr. 6, 2004** |
| Appl. No.: | **10/290,553** |
| Filed: | **Nov. 8, 2002** |

(51) **Int. Cl.**

| | |
|---|---|
| ***A01K 29/00*** | (2006.01) |
| ***A01K 13/00*** | (2006.01) |
| ***A45C 7/00*** | (2006.01) |
| ***E04H 15/40*** | (2006.01) |

(52) **U.S. Cl.** ........................ **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,397,398 A | 8/1983 | Watanabe |
| 4,665,935 A | 5/1987 | Nichols |
| 5,335,618 A | 8/1994 | Zarola |
| 5,918,711 A | 7/1999 | Godshaw |
| 5,931,120 A | 8/1999 | Burns et al. |
| 6,076,485 A | 6/2000 | Peeples et al. |

*Primary Examiner*—Beverly M. Flanagan

(57) **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **1** is determined to be patentable as amended.

Claims **2-15**, dependent on an amended claim, are determined to be patentable.

Claims **16-30** were not reexamined.

**1**. A collapsible housing for accommodating a pet comprising:

a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;

a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides; and

wherein said housing is foldable such that:

the first, second, and top sides are disengaged from said front and back panels*, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body*;

the main body is **[**collapsable**]** *collapsible* so that the first, second, and top sides are collapsed on top of said bottom side; and

the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other.

* * * * *

US006715446C2

# (12) INTER PARTES REEXAMINATION CERTIFICATE (0442nd)

# United States Patent

Chou

(10) Number: US 6,715,446 C2

(45) Certificate Issued: Aug. 28, 2012

(54) **PET TENT**

(75) Inventor: **David K. Y. Chou**, Hayward, CA (US)

(73) Assignee: **Yuntek International, Inc.**, Hayward, CA (US)

**Reexamination Request:**
No. 95/001,513, Dec. 15, 2010

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,715,446** |
| Issued: | **Apr. 6, 2004** |
| Appl. No.: | **10/290,553** |
| Filed: | **Nov. 8, 2002** |

Reexamination Certificate C1 6,715,446 issued Dec. 7, 2010

(51) **Int. Cl.**

| | |
|---|---|
| ***A01K 29/00*** | (2006.01) |
| ***A01K 13/00*** | (2006.01) |
| ***E04H 15/40*** | (2006.01) |
| ***A45C 7/00*** | (2006.01) |

(52) **U.S. Cl.** ........................ **119/497**; 119/498; 190/107; 135/126; 135/128

(58) **Field of Classification Search** .................. 119/497
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 95/001,513, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner*—Robert M. Fetsuga

(57) **ABSTRACT**

A collapsible tent **100** for housing a pet which folds into a storage bag when not in use. The design and structure is as follows of the tent includes a main body **1**, front **2** and back **3** panels. The frame of the front **2** and back **3** panels are in the "upside down U" (dome) shape; the top and sides of the front **2** and back **3** panels are connected to the main body **1** with zippers **102**, **104**; the bottom of the front **2** and back **3** panels are sewn to the main body **1**. Mesh windows **11** are on the sides of the main body **1**. Shades **12** are also provided on the outside of the windows. The bottom of the two sides of the main body **1** are harnessed with webbing loops **14**. A webbing handle **15** is sewn on the upper portion of the main body **1** (i.e., along the peak of the U-shaped dome). There is an opening **21** on the front panel that allows ingress and egress. A shade **22** covers up the opening **21**; the shade **22** is in mesh material.



# INTER PARTES REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-5**, **8-16** and **20-22** are cancelled.

Claims **6**, **7**, **17-19**, **23**, **24**, **27**, **28** and **30** are determined to be patentable as amended.

Claims **25**, **26** and **29**, dependent on an amended claim, are determined to be patentable.

New claims **31-65** are added and determined to be patentable.

**6**. **[**The collapsible housing for accommodating a pet of claim **5**,**]** *A collapsible housing for accommodating a pet comprising:*

*a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides such that, when arranged substantially perpendicular to the bottom side, said front panel and said back panel form a frame for said housing; and*

*wherein said housing is foldable such that:*

*the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body;*

*the main body is collapsed so that the first, second, and top sides are collapsed on top of said bottom side; and*

*the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other;*

*wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet;*

*wherein the front opening is provided with a front shade made of mesh;*

wherein **[**a**]** *the front* shade is attached to the front panel above the front opening*; and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers*.

**7**. **[**The collapsible housing for accommodating a pet of claim **6**,**]** *A collapsible housing for accommodating a pet comprising:*

*a main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel, and a back panel, said front panel and said back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides;*

*wherein the front panel further has a front opening that allows access to the collapsible housing for accommodating a pet;*

*wherein a front shade is attached to the front panel above the front opening;*

*wherein the front shade is mesh;*

wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more **[**zippers,**]** *zippers; and*

*wherein said housing is foldable such that:*

*the first, second, and top sides are disengaged from said front and back panels, wherein when disengaged, said front and back panels open in a direction parallel to a longest side of the main body;*

*the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side; and*

*the front panel and back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other*.

**17**. The collapsible housing for a pet of **[**claim **16**,**]** *claim 23,* further comprising a plurality of loops for accommodating a plurality of stakes.

**18**. The collapsible housing for a pet of **[**claim **16**,**]** *claim 23,* wherein the front panel is selectively **[**engagable**]** *engageable* with the first, second, and top sides of the main body by a zipper.

**19**. The collapsible housing for a pet of **[**claim **16**,**]** *claim 23,* wherein the back panel is selectively **[**engagable**]** *engageable* with the first, second, and top sides of the main body by a zipper.

**23**. **[**The collapsible housing of claim **22**,**]** *A collapsible housing for a pet comprising:*

*a main body having a bottom side, first side, a second side, and a curved top side, said main body forming a continuous structure;*

*a front panel, and a back panel said front panel and said back panel joined to the main body of the bottom side and selectively engageable with a first, second, and top sides;*

*wherein the front panel further has a front opening that allows access to the housing;*

*wherein a front shade is attached to the front panel above the front opening;*

*wherein the front shade is mesh;*

wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more **[**zippers.**]** *zippers;*

*wherein said housing is foldable such that:*

*when the first, second, and top sides are disengaged from said front and back panels;*

*the main body is collapsible so that the first, second, and top sides are collapsed on top of said bottom side;*

*the front panel and the back panel folded over the collapsed main body with one of the front panel and the back panel folded over the other; and*

*the bottom side is then folded in half.*

**24**. The collapsible housing for a pet of **[**claim **16**,**]** *claim 23,* wherein at least one of the first side and the second side has a side mesh window.

**27**. The collapsible housing of **[**claim **16**,**]** *claim 23,* wherein the top side of the main body has a handle attached thereto.

**28**. The collapsible housing for a pet of [claim **16**,] *claim 23,* wherein the back panel has a back mesh window.

**30**. The collapsible housing for accommodating a pet of [claim **16**,] *claim 23,* further comprising a pad placed in the interior on the bottom side.

*31. The collapsible housing for accommodating a pet of claim 7, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*32. The collapsible housing for accommodating a pet of claim 7, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*33. The collapsible housing for accommodating a pet of claim 7, wherein at least one of the first side and the second side has a side mesh window.*

*34. The collapsible housing for accommodating a pet of claim 33 wherein the side mesh window has a side shade.*

*35. The collapsible housing for accommodating a pet of claim 34 wherein the side shade is securable above the side mesh window.*

*36. The collapsible housing for accommodating a pet of claim 7, wherein the top side of the main body has a handle attached thereto.*

*37. The collapsible housing for accommodating a pet of claim 7, wherein the back panel has a back mesh window.*

*38. The collapsible housing for accommodating a pet of claim 37, wherein the back mesh window has a back shade.*

*39. The collapsible housing for accommodating a pet of claim 7, further comprising a plurality of loops for accommodating a plurality of stakes.*

*40. The collapsible housing for accommodating a pet of claim 7, further comprising a pad placed in the interior on the bottom side.*

*41. A collapsible housing for accommodating a pet comprising:*

*a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body;*

*a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet;*

*a back panel joined to the main body on the bottom side and selectively engageable with the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body;*

*wherein a front shade is attached to the front panel above the front opening and wherein a bottom side, a first side and a second side of the front shade are connected to the front panel with one or more zippers;*

*wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body; and*

*wherein, the housing is foldable such that, the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel.*

*42. The collapsible housing for accommodating a pet of claim 41, wherein the front shade comprises mesh.*

*43. The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle attached thereto.*

*44. The collapsible housing for accommodating a pet of claim 41, wherein the top side of the main body has a handle sewn thereto.*

*45. The collapsible housing for accommodating a pet of claim 41, wherein the front panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*46. The collapsible housing for accommodating a pet of claim 41, wherein the back panel is selectively engageable with the first, second, and top sides of the main body by a zipper.*

*47. The collapsible housing for accommodating a pet of claim 41, wherein at least one of the first side and the second side has a side mesh window.*

*48. The collapsible housing for accommodating a pet of claim 47, wherein the side mesh window has a side shade.*

*49. The collapsible housing for accommodating a pet of claim 48, wherein the side shade comprises a fastener to secure the side shade above the side mesh window.*

*50. The collapsible housing for accommodating a pet of claim 41, wherein the back panel has a back mesh window.*

*51. The collapsible housing for accommodating a pet of claim 50, wherein the back mesh window has a back shade.*

*52. The collapsible housing for accommodating a pet of claim 41, further comprising a plurality of loops connected to the bottom side of the main body for accommodating a plurality of stakes.*

*53. The collapsible housing for accommodating a pet of claim 41, further comprising a pad positioned inside the main body on top of the bottom side of the main body.*

*54. A collapsible housing for accommodating a pet comprising:*

*a collapsible main body having a bottom side, a first side, a second side, and a top side, said main body forming a continuous structure;*

*a front panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that, when disengaged, said front panel opens in a direction parallel to a longest side of the main body;*

*a front opening in said front panel which allows access to the collapsible housing for entry and exit of the pet;*

*a front mesh shade attached to the front panel above the front opening wherein a bottom side, a first side and a second side of the front mesh shade are selectively engageable with one or more zippers to the front panel;*

*a back panel joined to the main body on the bottom side and selectively engageable with a zipper to the first, second, and top sides of the main body such that when disengaged, said back panel opens in a direction parallel to a longest side of the main body;*

*wherein the first, second, and top sides of said main body are engaged with said front panel and back panel, and the front panel and the back panel are positioned substantially perpendicular to the bottom side of the main body such that the front panel and back panel support said first, second, and top sides of the main body;*

*wherein, the collapsible housing is foldable such that the first, second, and top sides of said main body are disengaged from said front and back panels, the first, second, and top sides of said main body are collapsed on top of said bottom side of said main body, and the front panel and the back panel are folded over the collapsed main body with one of the front panel and the back panel folded over the other of the front panel and the back panel.*

*55. The collapsible housing for accommodating a pet of claim 54, further comprising a handle attached to said top side of said main body.*

*56. The collapsible housing for accommodating a pet of claim 54, further comprising a handle sewn to the top side of the main body.*

*57. The collapsible housing for accommodating a pet of claim 54, further comprising:*

*a first mesh window in the first side; and*

*a second mesh window in the second side.*

*58. The collapsible housing for accommodating a pet of claim 54, further comprising:*

*a first mesh window in the first side;*

*a second mesh window in the second side;*

*a first shade securable over the first mesh window; and*

*a second shade securable over the second mesh window.*

*59. The collapsible housing for accommodating a pet of claim 54, further comprising:*

*a first mesh window in the first side;*

*a second mesh window in the back panel;*

*a first side shade securable over the first mesh window; and*

*a second side shade securable over the second mesh window.*

*60. The collapsible housing for accommodating a pet of claim 54, further comprising:*

*a first mesh window in the first side;*

*a second mesh window in the second side;*

*a first shade securable over the first mesh window;*

*a second shade securable over the second mesh window;*

*a first fastener for holding open the first mesh window; and*

*a second fastener for holding open the second mesh window.*

*61. The collapsible housing for accommodating a pet of claim 54, further comprising:*

*a first mesh window in the first side;*

*a second mesh window in the back panel;*

*a first side shade securable over the first mesh window;*

*a second side shade securable over the second mesh window;*

*a first fastener for holding open the first mesh window; and*

*a second fasterner for holding open the second mesh window.*

*62. The collapsible housing for accommodating a pet of claim 54, further comprising a plurality of loops connected to the bottom side for accommodating a plurality of stakes.*

*63. The collapsible housing for accommodating a pet of claim 54, further comprising a plurality of loops connected to the bottom side for accommodating a plurality of stakes and in combination with a plurality of stakes for securing said collapsible housing to the ground.*

*64. The collapsible housing for accommodating a pet of claim 54, further comprising a pad placed inside the housing covering the bottom side of said main body.*

*65. The collapsible housing for accommodating a pet of claim 54, further comprising a fastener for holding open the front mesh shade.*

* * * * *